**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Charles M. Caldwell*
Charles M. Caldwell
United States Bankruptcy Judge

**Dated: October 20, 2017**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | |
| **Virgil J. Wright,** | : | Case No. 17-53873 |
| **Shonda D. Love-Wright**, | : | Chapter 13 |
| Debtors. | : | Judge Caldwell |

### ORDER ON OBJECTION TO PROOF OF CLAIM #3 FILED BY UNITED CONSUMER FINANCIAL SERVICES (UCFS KIRBY CLEANING SYSTEM (pl #28)

This matter is before the Court on the Debtors' Objection to Proof of Claim #3 filed by United Consumer Financial Services (UCFS Kirby Cleaning System) on July 10, 2017, in the amount of One Thousand Two Hundred Twenty-nine and 58/100ths Dollars ($1,229.58), as a secured claim. Debtors requested that said claim be allowed as a general unsecured claim as the Debtors are not in possession of the collateral and claim is unsecured.

Notice was given to all parties in interest and no written memorandum in response, along with any request for hearing, was filed with the Court. Upon review, the Court hereby finds the Objection well-taken and sustains the same.

IT IS, THEREFORE, ORDERED that Proof of Claim #3 filed by United Consumer Financial Services (UCFS Kirby Cleaning System) on July 10, 2017, be allowed as a general, unsecured claim.

**IT IS SO ORDERED.**

**Order on Objection to Proof of Claim #3 filed by United Consumer Financial Services (UCFS Kirby Cleaning System (pl #28)**
Chapter 13 Case No. 17-53873
Page 2


COPIES TO:   Default List

Bass & Associates, PC
3936 E. Ft. Lowell Suite 200
Tucson AZ 85712

Untied Consumer Financial
P.O. Box 856290
Louisville, KY 40285-6290


# # #